a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| DILNOZA TURAEVA,<br>Petitioner | CIVIL DOCKET NO. 3:26-CV-00608<br>SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| BRIAN ACUNA ET AL,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Petitioner Dilnoza Turaeva ("Turaeva"), an immigration detainee at Richwood Correctional Center in Monroe, Louisiana.

To determine whether Turaeva is entitled to relief, the Government must supplement its response.

## I. Background

Turaeva is a native and citizen of Uzbekistan. ECF No. 1. She entered the United States without inspection on November 2, 2024, and appears to have been detained since—over 21 months. ECF No. 7-1 at 1.

On June 27, 2025, an immigration judge ordered Turaeva removed. ECF No. 7-1. According to the Executive Office for Immigration Review, Turaeva appealed, but the Board of Immigration Appeals ("BIA") has not yet established a briefing schedule, despite the appeal being filed more than one year ago.

The Court finds additional briefing is warranted. Accordingly, IT IS ORDERED that, within 14 days, the Government supplement its Response to address:

1. the status of the BIA appeal, including whether the record has been transmitted to the BIA; why no briefing schedule has been established; and the anticipated timetable for adjudication;

2. whether any portion of the delay before the BIA is attributable to Turaeva, including whether she requested any continuance or extension, and whether either party has requested expedited consideration;

3. whether Turaeva's continued detention without an individualized hearing comports with procedural due process under the factors identified in *Mathews v. Eldridge*, 424 U.S. 319 (1976), particularly considering the duration of her detention and the absence of an identifiable endpoint to the BIA proceedings; and

4. the effect, if any, of *Demore v. Kim*, 538 U.S. 510 (2003); *Jennings v. Rodriguez*, 583 U.S. 281 (2018); *Department of Homeland Security v. Thuraissigiam*, 591 U.S. 103 (2020); and the pending en banc proceedings in *Sosnava-Rodriguez v. Ortega*, No. 26-50183 (5th Cir.) on Turaeva's continued detention.

Respondents shall support their submission with a declaration from an official possessing personal knowledge of Turaeva's detention and immigration proceedings, and shall attach any pertinent records not already contained in the record.

Turaeva may file a response within seven days after service of the Government's supplemental submission. Turaeva's response should address the foregoing matters and identify the precise relief requested.

SIGNED on Monday, August 24, 2026.

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE